# Exhibit A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Prospect Medical Holdings, Inc., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |
| In re: | Chapter 11 |
| PHP Holdings, LLC, | |
| Debtor. | Case No. 25-80157 (SGJ) |
| Tax I.D. No. 47-1856088 | |

---

[1]  A complete list of each of the HCo Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

| | |
|---|---|
| In re:<br><br>Prospect Intermediate Holdings, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-3123368 | Chapter 11<br><br>Case No. 25-80158 (SGJ) |
| In re:<br><br>Prospect Provider Group TX, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 81-2478755 | Chapter 11<br><br>Case No. 25-80159 (SGJ) |
| In re:<br><br>Prospect Health Services TX, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 27-0159586 | Chapter 11<br><br>Case No. 25-80160 (SGJ) |
| In re:<br><br>ProMed Health Care Administrators,<br><br>Debtor.<br><br>Tax I.D. No. 95-4333712 | Chapter 11<br><br>Case No. 25-80161 (SGJ) |
| In re:<br><br>Prospect Medical Systems, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 33-0718606 | Chapter 11<br><br>Case No. 25-80162 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect Health Services AZ, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 86-2341469 | Chapter 11 <br><br> Case No. 25-80163 (SGJ) |
| In re: <br><br> Prospect West Coast ACO Holdings, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 88-1608858 | Chapter 11 <br><br> Case No. 25-80164 (SGJ) |
| In re: <br><br> RightRX, <br><br> Debtor. <br><br> Tax I.D. No. 85-4132026 | Chapter 11 <br><br> Case No. 25-80165 (SGJ) |
| In re: <br><br> Prospect Medical Group AZ, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 86-2232281 | Chapter 11 <br><br> Case No. 25-80166 (SGJ) |
| In re: <br><br> Prospect ACO, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 88-1569864 | Chapter 11 <br><br> Case No. 25-80167 (SGJ) |

| | |
|---|---|
| In re:<br><br>Prospect CA Holdings (Physicians), Inc.,<br><br>　　　　Debtor.<br><br>Tax I.D. No. (N/A) | Chapter 11<br><br>Case No. 25-80168 (SGJ) |
| In re:<br><br>Prospect Intermediate Physician Holdings, Inc.,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 92-1553192 | Chapter 11<br><br>Case No. 25-80169 (SGJ) |
| In re:<br><br>Prospect Medical Group, Inc.,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 33-0219957 | Chapter 11<br><br>Case No. 25-80170 (SGJ) |
| In re:<br><br>New Genesis Medical Associates, Inc.,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 36-4741192 | Chapter 11<br><br>Case No. 25-80171 (SGJ) |
| In re:<br><br>Primary and Multi-Specialty Clinics of Anaheim, Inc.,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 20-0852247 | Chapter 11<br><br>Case No. 25-80172 (SGJ) |

| | |
|---|---|
| In re: <br><br> Care@Home Solutions CA, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-3948613 | Chapter 11 <br><br> Case No. 25-80173 (SGJ) |
| In re: <br><br> Upland Medical Group, a Professional Medical Corporation, <br> Debtor. <br><br> Tax I.D. No. 46-0503153 | Chapter 11 <br><br> Case No. 25-80174 (SGJ) |
| In re: <br><br> Pomona Valley Medical Group, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 95-4142044 | Chapter 11 <br><br> Case No. 25-80175 (SGJ) |
| In re: <br><br> Prospect NWOC Medical Group, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 33-0112414 | Chapter 11 <br><br> Case No. 25-80176 (SGJ) |
| In re: <br><br> Prospect Professional Care Medical Group, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 95-4378353 | Chapter 11 <br><br> Case No. 25-80177 (SGJ) |

| | |
|---|---|
| In re:<br><br>StarCare Medical Group, Inc.,<br><br>   Debtor.<br><br>Tax I.D. No. 33-0843838 | Chapter 11<br><br>Case No. 25-80178 (SGJ) |
| In re:<br><br>Nuestra Familia Medical Group, Inc.,<br><br>   Debtor.<br><br>Tax I.D. No. 95-4510288 | Chapter 11<br><br>Case No. 25-80179 (SGJ) |
| In re:<br><br>Genesis HealthCare of Southern California, Inc., a Medical Group,<br><br>   Debtor.<br><br>Tax I.D. No. 33-0669088 | Chapter 11<br><br>Case No. 25-80180 (SGJ) |
| In re:<br><br>Prospect Health Source Medical Group, Inc.,<br><br>   Debtor.<br><br>Tax I.D. No. 95-4831101 | Chapter 11<br><br>Case No. 25-80181 (SGJ) |

**ORDER (I) DIRECTING THE JOINT ADMINISTRATION
OF THE PCO DEBTORS' CHAPTER 11 CASES WITH THE HCO
DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion ("Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") directing the joint administration of the PCo Debtors chapter 11 cases, for procedural purposes only, with the current jointly

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

6

administered cases of the HCo Debtors, all as more fully set forth in the Motion; and upon consideration of the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court for the Northern District of Texas; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in this Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-80002 (SGJ).

3. The requirement of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) for the inclusion of the PCo Debtors' full tax identification numbers in the captions for the Debtors' filings with the Court and notices sent to creditors is waived.

4. The caption of the jointly administered cases shall read as follows:

7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

5. The foregoing caption satisfies the requirements set forth in the first sentence of Bankruptcy Code section 342(c)(1).

6. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in case number 25-80002 (SGJ).

7. All proofs of claim, lists, schedules, and statements shall be filed and docketed under the case number representing the estate in which the claim, list, schedule, or statements is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

8. All pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, filed in the jointly administered cases shall bear the caption of the jointly administered cases.

9. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Prospect Medical Holdings, Inc.) substantially as follows:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration for procedural purposes only of the chapter 11 cases

8

of: PHP Holdings, LLC, Case No. 25-80157; Prospect Intermediate Holdings, LLC, Case No. 25-80158; Prospect Provider Group TX, Inc., Case No. 25-80159; Prospect Health Services TX, Inc., Case No. 25-80160; ProMed Health Care Administrators, Case No. 25-80161; Prospect Medical Systems, LLC, Case No. 25-80162; Prospect Health Services AZ, LLC, Case No. 25-80163; Prospect West Coast ACO Holdings, LLC, Case No. 25-80164; RightRX, Case No. 25-80165; Prospect Medical Group AZ, LLC, Case No. 25-80166; Prospect ACO, LLC, Case No. 25-80167; Prospect CA Holdings (Physicians), Inc., Case No. 25-80168; Prospect Intermediate Physician Holdings, Inc., Case No. 25-80169; Prospect Medical Group, Inc., Case No. 25-80170; New Genesis Medical Associates, Inc., Case No. 25-80171; Primary and Multi-Specialty Clinics of Anaheim, Inc., Case No. 25-80172; Care@Home Solutions CA, Inc., Case No. 25-80173; Upland Medical Group, a Professional Medical Corporation, Case No. 25-80174; Pomona Valley Medical Group, Inc., Case No. 25-80175; Prospect NWOC Medical Group, Inc., Case No. 25-80176; Prospect Professional Care Medical Group, Inc., Case No. 25-80177; StarCare Medical Group, Inc., Case No. 25-80178; Nuestra Familia Medical Group, Inc., Case No. 25-80179; Genesis HealthCare of Southern California, Inc., a Medical Group, Case No. 25-80180; and Prospect Health Source Medical Group, Inc., Case No. 25-80181, with Prospect Medical Holdings, Inc. and the other chapter 11 cases jointly administered under Case No. 25-80002. The docket in Case No. 25-80002 (SGJ) should be consulted for all matters affecting this case.

10. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

11. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

12. Nothing in this Order constitutes (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim or interest under applicable law or nonbankruptcy

9

law; (c) a promise or requirement to pay any claim; (d) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (e) a request for or granting of approval for assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code; or (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates.

13. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion under the circumstances, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

14. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

15. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

16. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # **END OF ORDER** # # #

Order submitted by:

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  tom.califano@sidley.com
  rpatel@sidley.com
  mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  wcurtin@sidley.com
  pventer@sidley.com
  anne.wallice@sidley.com

*Attorneys to the HCo Debtors*
*and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors and*
*Debtors in Possession*